# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1169

_____

| | | |
|---|---|---|
| Charles A. Trobaugh, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Southern |
| Edwin F. Kelly; John A. Morrissey; | * | District of Iowa. |
| Timothy Dille; Bridget Chambers; | * | |
| Thomas Miller; Tom Vilsack, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  May 22, 2000

Filed:  May 30, 2000

_____

Before McMILLIAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Charles Trobaugh filed a 42 U.S.C. § 1983 complaint against various county and state officials, claiming Sixth and Fourteenth Amendment violations based on the officials' failure to inform him that his counsel had not filed a brief in his state criminal appeal, and their resistance to relief Mr. Trobaugh sought upon learning

of counsel's omission after he was discharged from his state sentence. The district court[1] dismissed the complaint under 28 U.S.C. § 1915A. Mr. Trobaugh appeals.

Reviewing de novo, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude that dismissal was proper, because defendants had no duty to inform Mr. Trobaugh of his counsel's actions, and because the defendant county attorneys and attorneys general were entitled to absolute prosecutorial immunity, see Buckley v. Fitzsimmons, 509 U.S. 259, 273 (1993). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Mr. Trobaugh's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern District of Iowa.